O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL RAMIREZ,<br>Petitioner,<br>v.<br>D. BORDERS, Warden,<br>Respondent. | Case No. SACV 16-00522-DSF (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that (1) Petitioner's motion for a stay under Rhines is DENIED, and (2) Judgment be entered dismissing the Petition with prejudice.

DATED: 9/1/17

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE