JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GABRIEL RAMIREZ, | Case No. SACV-16-00522-DSF (KES) |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| D. BORDERS, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 9/1/17 _____

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE